SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Willow Creek Legends LP, et al,<br><br><br>Defendants | Case No.: CIV.S 10-cv-02339-WBS-KJM<br><br>**REQUEST RE DISMISSAL OF INNSBRUCK LEGENDS LP, a California limited partnership AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: AUGUST 30, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Innsbruck Legends LP, a California limited partnership) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Innsbruck Legends LP, a California limited partnership) is dismissed because Plaintiff is unable to effect proper service.

Dated: October 28, 2010                        /s/Scott N. Johnson_____
                                               SCOTT N. JOHNSON
                                               Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                         CIV: S-10-02339-WBS-KJM

1 **IT IS SO ORDERED**.

2

3

Dated: October 29, 2010

4

5

6   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                            CIV: S-10-02339-WBS-KJM