SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Willow Creek Legends, LP et al,<br><br>          Defendants<br>_____ | Case No. **2:10-cv-02339-WBS-KJM**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 17, 2010 FOR DEFENDANTS WILLOW CREEK LEGENDS LP; INNSBRUCK, L.P.; BEACH LEGENDS LP TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Willow Creek Legends LP; Innsbruck, L.P.; Beach Legends LP, by and through, their respective attorneys of record, Scott N. Johnson; Thomas C. Burch, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Willow Creek Legends LP; Innsbruck, L.P.; Beach Legends LP until November 17, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Willow Creek Legends LP; Innsbruck, L.P.; Beach Legends LP are granted an extension until December 17, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Willow Creek Legends LP; Innsbruck, L.P.; Beach Legends LP response will be due no later than December 17, 2010.

IT IS SO STIPULATED effective as of November 24, 2010

Dated:  November 28, 2010          /s/Thomas C. Burch_____
                                   Thomas C. Burch,
                                   Attorney for Defendants
                                   Willow Creek Legends LP;
                                   Innsbruck, L.P.;
                                   Beach Legends LP

Dated:  November 24, 2010          /s/Scott N. Johnson ____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Willow Creek Legends LP; Innsbruck, L.P.; Beach Legends LP shall have until December 17, 2010 to respond to complaint.

Dated: December 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE